UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                              :
    In re:                              :       Bankr. No. 07-662
    Martha A. Akers,                     :
        Debtor.                         :
                                              :
                                              :
MARTHA A. AKERS,                              :
                                              :
        Appellant,                      :
                                              :
v.                                            :       Civil Action No. 12-1137 (JEB)
                                              :
DOVENMUEHLE MORTGAGE,                         :
                                              :
        Appellee.                       :
_____ :

**MEMORANDUM OPINION**

      In a Memorandum Opinion issued on January 8, 2013, this Court denied Appellant's Motion to proceed *in forma pauperis* (IFP) in her latest appeal of an adverse decision in the Bankruptcy Court. *See* ECF No. 7. The Court ordered Appellant, a prolific *pro se* filer, that her appeal would be dismissed unless she paid the required fees by January 28. *Id.* at 7. Instead of doing so, she has simply filed another IFP Motion. In fact, this IFP Motion is identical to one she filed in Case No. 11-674, which this Court denied on January 29. *See In re: Akers*, No. 11-674, ECF No. 19 (Order). The current one will be denied for the same reasons and the appeal dismissed.

1

As the Court noted in denying her prior IFP Motion in this case, Appellant owns $1.5 million in real property, which is apparently unencumbered. She thus hardly qualifies for IFP status. *See* Jan. 8 Order at 4-5. In addition, the Court mentioned the lack of merit to this appeal and the Bankruptcy Court's certification that it had not been taken in good faith. *Id.* at 6. In her current IFP Motion, she now claims property assets of $2.5 million, even more than in her original Motion. *See* Aff. at 3. The reasons for denial here are thus even stronger than previously. In any event, the IFP Motion is identical to the one the Court has just ruled on in No. 11-674, and it will deny this Motion for all the reasons stated in that Memorandum Opinion and Order. *See In re: Akers*, No. 11-674, ECF No. 19 (Order). The grounds set forth in that Order are thus expressly incorporated here.

An Order accompanies this Memorandum Opinion.

JAMES E. BOASBERG<br>United States District Judge

DATE: <u>Jan. 30, 2013</u>